IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

v.                                                          4:88cr4045-WS

ERNEST R. STALEY,                                           4:05cv259-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 176)

docketed August 4, 2005.  The magistrate judge recommends that the defendant's

motion to vacate sentence (doc. 173) be summarily dismissed.  The defendant has filed

objections (doc. 178) to the report and recommendation.

      Upon review of the record in light of the defendant's objections, the court has

determined that the magistrate judge's report and recommendation must be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 176) is adopted and

incorporated by reference in this order of the court.

2.  The defendant's motion to vacate sentence (doc. 173) is hereby summarily

DISMISSED as an unauthorized second or successive motion to vacate.

3.  The clerk shall enter judgment accordingly and shall close Case No.

4:05cv259-WS.

DONE AND ORDERED this September 22, 2005.


 /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE