IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    4:88cr4045-WS

ERNEST R. STALEY,                                         4:07cv372-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 186) docketed January 16, 2008. The magistrate judge recommends that the defendant's "Motion for Want of Jurisdiction Pursuant to Fed. Rules of Civil Procedure Rule 12(b)(1)" be summarily dismissed. The defendant has filed objections (doc. 187) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 186) is adopted and incorporated by reference in this order of the court.

2. The defendant's "Motion for Want of Jurisdiction Pursuant to Fed. Rules of Civil Procedure Rule 12(b)(1)" (doc. 185) is summarily DISMISSED.

3. The clerk shall enter judgment accordingly and shall close Case No. 4:07cv372-WS.

DONE AND ORDERED this   13th   day of   February  , 2008.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE